**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000583
17-JUL-2018
09:57 AM**

NO. CAAP-17-0000583

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KMT INVESTMENTS, INC., Plaintiff-Appellee,
v.
GABRIEL CANENCIA, NATLIE CANENCIA, CIARAH CANENCIA,
Defendants-Appellants,
and
MARGARET YOUNG, Defendant-Appellee,
and
DOES 1-10, Defendants.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(Ewa Division)
(CIVIL NO. 1RC17-1-1371)

ORDER APPROVING THE JUNE 30, 2018 STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Leonard and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed June 30, 2018, by Defendants-Appellants Gabriel Canencia, Natlie Canencia, and Ciarah Canencia, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, **July 17, 2018.**

Chief Judge

Associate Judge

Associate Judge